| | |
|---|---|
| 1 | EILEEN M. DECKER |
| | United States Attorney |
| 2 | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | FRANCESCO P. BENAVIDES, CSBN 258924 |
| 5 | Special Assistant United States Attorney |
| 6 |     Social Security Administration |
| |     160 Spear Street, Suite 800 |
| 7 |     San Francisco, CA  94105 |
| 8 |     Telephone: 415-977-8978 |
| |     Facsimile: 415-744-0134 |
| 9 |     Email: Francesco.Benavides@ssa.gov |
| 10 | Attorney for Defendant |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANNAMARIE RIVERA, | ) | Case No.: 14-cv-8558-GJS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] |
| | ) | **JUDGMENT OF REMAND** |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Acting

1 | Commissioner of Social Security for further proceedings consistent with the
2 | Stipulation to Remand.
3 |
4 | DATED: August 05, 2015    _____
5 |                                   HON. GAIL J. STANDISH
6 |                                   UNITED STATES MAGISTRATE JUDGE